**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**MAURICE SABBA SCOTT,**

           **Plaintiff,**

    v.                                   **CASE NO. 17-3064-SAC-DJW**

**SALINE COUNTY SHERIFF'S DEPARTMENT, et al.,**

           **Defendants.**

**ORDER TO SHOW CAUSE**

By an order entered on April 25, 2017, U.S. Magistrate Judge Waxse directed plaintiff to submit an initial partial filing fee and to show cause why this matter should not be dismissed for failure to state a claim for relief. On May 8, 2017, the order mailed to plaintiff was returned as undeliverable. It appears plaintiff has failed to provide the clerk of the court with a current address, as required by D. Kan. R. 5.1(c)(3).

Under D. Kan. R. 41.1, "At any time, the court may issue an order to show cause why a case should not be dismissed for lack of prosecution. If good cause is not shown within the time prescribed by the show cause order, the court may enter an order of dismissal. The dismissal will be with prejudice unless the court otherwise specifies."

IT IS, THEREFORE, BY THE COURT ORDERED plaintiff is granted to and including May 24, 2017, to show cause why this matter should not be dismissed due to his failure to diligently prosecute this action.

**IT IS SO ORDERED.**

DATED:  This 9th day of May, 2017, at Topeka, Kansas.


                                        S/ Sam A. Crow
                                        SAM A. CROW
                                        U.S. Senior District Judge